# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover        Date: February 20, 2014
Court Reporter:   Terri Lindblom
Probation Officer: Justine Kozak
Interpreter:      Susanna Cahill

Criminal Action No. 13-cr-00077-MSK

*Parties*:                               *Counsel*:

UNITED STATES OF AMERICA,                Patricia Davies

        Plaintiff,

v.

REMIGIO RAFAEL HAU CHI,                  Lizbeth Castle

        Defendant.

_____

## SENTENCING MINUTES
_____

**11:07 a.m.     Court in session**.

Defendant present on bond.

Interpreter sworn.

**Change of Plea Hearing on November 7, 2013.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure **(Doc. #94, #97)** Argument.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). Argument.

Allocution. - Statements made by:  The Government, defense counsel.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**    Defendant's Motion for Downward Departure (**Doc. #94**) is **DENIED.**

**ORDER:**    The Government's Motion for Downward Departure (**Doc. #97**) is **GRANTED** in part and **DENIED** in part.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.  The Government's  request for forfeiture is GRANTED.**

The defendant is advised of his right to appeal.

**ORDER:**    Defendant will not report to serve his sentence until Wilma Hau has completed her sentence.  The Sentences will be staggered.

**ORDER:**    Bond is continued until he voluntarily reports to the institution designated by the Bureau of Prisons and that will be within 15 days of the date of designation, made after Mrs. Hau completes her sentence.

**11:56 a.m.**    **Court in recess.**

Total Time:    49 minutes.
Hearing concluded.